UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 1 3 2005**

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 96-J-0025

OPERATING ENGINEERS PENSION TRUST,
OPERATING ENGINEER HEALTH AND WELFARE FUND,
OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and
OPERATING ENGINEERS TRAINING TRUST

                        Plaintiffs/Judgment Creditors,

v.

GULBRANSON CONSTRUCTION, INC., a California corporation; and
KERRY L. GULBRANSON, an individual,

                        Defendants/Judgment Debtors.

---

### ORDER TO WITHDRAW FUNDS FROM COURT REGISTRY

---

    This Court, having considered the foregoing Motion for Order to Withdraw Funds from court Registry brought by the judgment creditors herein, and finding good cause therefrom,

    **IT IS HEREBY ORDERED** that the Clerk of this Court pay One Thousand Dollars ($1,000.00) to the Operating Engineers Pension Trust, Operating Engineers Health and Welfare Fund, Operating Engineers Vacation-Holiday Savings Trust and Operating Engineers Training Trust from the funds deposited in the Court Registry by

Action Care Ambulance.     The check shall be transmitted immediately to the Buckley Law Offices, P.C., counsel for the Trusts, at 1277 Kelly Johnson Blvd., Suite 250, Colorado Springs, CO 80920.

DATED: 9/13/05

_____
UNITED STATES DISTRICT JUDGE
O. Edward Schlatter
United States Magistrate Judge
Denver, Colorado

32474