IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-rj-00025-MEH

OPERATING ENGINEERS PENSION TRUST, *et al.*,

    Plaintiffs/ Judgment Creditors,

v.

GULBRANSON CONSTRUCTION, INC., *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 18, 2006.**

    Plaintiffs' Motion for an Order to Pay Funds into the Court Registry [Filed December 10, 2002; Docket #85] is **granted**.  Garnishee, First United Bank, 14501 E. Alameda avenue, Aurora, Colorado 80012, shall pay the garnished funds of Judgement Debtor Gulbranson Construction Co. totaling $1,241.01 into the Registry of the Court.

    Judgment Creditors Request for Court's Ruling on Prior Motion [Filed September 9, 2005, Docket #101] and Judgement Creditors Request for Court's Ruling on Prior Motion [Filed July 7, 2006; Docket #103] are also **granted**.