IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-rj-00025-MEH

OPERATING ENGINEERS PENSION TRUST, *et al.*,

    Plaintiffs/ Judgment Creditors,

v.

GULBRANSON CONSTRUCTION, INC., *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 15, 2006.**

    Plaintiffs' Motion to Disburse Funds to Judgment Creditor [Filed September 12, 2006; Docket #107] is **granted**. The Clerk of the Court shall disburse the funds received from First United Bank totaling $1,241.01 to counsel for the trusts, John C. Buckley, III, Buckley Law Offices, P.C., 1277 Kelly Johnson Boulevard Ste. 250, Colorado Springs, CO 80920.

    Plaintiff's Motion for Order to Disburse Funds to Judgement Creditor [Filed September 12, 2006; Docket # 108] is **stricken** as an improper filing. A proposed order is to be submitted as an attachment to a motion, not a separate filing.

    Plaintiff's Motion for an Order to Pay funds into the Court Registry [Filed September 12, 2006, Docket #109] is **granted**. Funds received in the amount of $6.65 from Garnishee First United Bank are to be placed into the Court Registry.