IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-rj-00025-MEH

OPERATING ENGINEERS PENSION TRUST, *et al.*,

    Plaintiffs/ Judgment Creditors,

v.

GULBRANSON CONSTRUCTION, INC., *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 19, 2006.**

    Plaintiffs' Motion to Disburse Funds to Judgment Creditor [Filed September 19, 2006; Docket #111] is **granted**. The Clerk of the Court shall disburse the funds received from First United Bank totaling $6.65 to counsel for the trusts, in conjunction with the funds totaling $1,241.01 ordered to be disbursed by Minute Order dated September 15, 2006. Thus, the Clerk of the Court may disburse one check totaling $1,247.66 to counsel for the trusts, John C. Buckley, III, Buckley Law Offices, P.C., 1277 Kelly Johnson Boulevard Ste. 250, Colorado Springs, CO 80920.

    Plaintiff's Motion for Order to Disburse Funds to Judgement Creditor [Filed September 19, 2006; Docket # 112] is **stricken** as an improper filing. A proposed order is to be submitted as an attachment to a motion, not a separate filing.